**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,       )  | CR 05-0800-PHX-DGC |
|                                 )  | |
| v.                              )  | CV 06-0211-PHX-DGC (JCG) |
|                                 )  | |
| Olivas Higuera Guillermo,       )  | |
|                                 )  | |
| Movant.                         )  | **O R D E R** |
|                                 )  | |

   Movant Olivas Higuera Guillermo, presently confined in the Florence Correctional Center in Florence, Arizona, has filed a Motion To Vacate Sentence under 28 U.S.C. §2255. The Court will dismiss the motion with leave to amend.

**A.  Failure To Use Court-Approved Form**

   The Rules Governing Section 2255 Cases allow the Court, by local rule, to prescribe a form to be used for filing a §2255 action. See Rule 2(a), Rules Governing Section 2255 Proceedings. Under this court's local rule, Movant must use the court-approved form when he files a pro se petition pursuant to §2255. See LR CIV 3.5(a). Movant has not used the court-approved petition pursuant to 28 U.S.C. §2255. The Court may, in its discretion, forgo the requirement of a form when the submission is understandable. See id. In this case, the Court is unable to ascertain Movant's precise grounds for relief. The form requires Movant to list each ground separately and to fill in the facts supporting each ground. Accordingly, the Motion will be dismissed with leave to file an Amended Motion within thirty days of the filing date of this order**.**

**B.  Amendment**

   Any Amended Motion must be submitted on the court-approved form and signed under penalty of perjury. In particular, Movant must list each ground for relief and state the facts

JDDL                                               1

supporting each ground. Movant is advised that the Amended Motion must be retyped or rewritten in its entirety on a court-approved form and may not incorporate any part of the original Motion by reference. Any Amended Motion submitted by Movant should be clearly designated as such on the face of the document. The Clerk of Court will be directed to provide Movant with a form for filing a § 2255 action.

Movant is further advised that an amended § 2255 Motion supersedes the original Motion. See Ferdik v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir.), cert. denied, 506 U.S. 915 (1992); Hal Roach Studios v. Richard Feiner & Co., 896 F.2d 1542, 1546 (9th Cir. 1990). After amendment, the original pleading is treated as nonexistent. Ferdik, 963 F.2d at 1262. Thus, grounds for relief alleged in the original Motion which are not alleged in the amended Motion are waived. King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987).

**C.  Rule 41 Cautionary Notice**

Movant should take notice that if he fails to timely comply with every provision of this Order, or any order entered in this matter, this action will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir.) (district court may dismiss action for failure to comply with any order of the Court), cert. denied, 506 U.S. 915 (1992).

**IT IS THEREFORE ORDERED:**

(1) That the Motion is dismissed with leave to amend. Movant shall have 30 days from the date of filing of this Order to file an Amended Motion in accordance with the Court's Order;

(2) That the Clerk of the Court shall enter a judgment of dismissal of this action without prejudice and of the accompanying civil action (No. CV 05-0800-PHX-DGC (JCG)) and without further notice to the Movant if he fails to file an Amended Motion within 30 days of the filing date of this Order;

(3) That at all times during the pendency of this action, Movant shall immediately advise the Court of any change of address and its effective date. Such notice shall be captioned "NOTICE OF CHANGE OF ADDRESS." The notice shall contain only information pertaining to the change of address and its effective date. The notice shall not include any motions for any other relief.

Failure to file a Notice of Change of Address may result in the dismissal of the action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; and

(4)  That the Clerk of Court is directed to provide to Movant a current court-approved form for filing a Motion to Vacate, Set Aside or Correct Sentence By a Person in Federal Custody (28 U.S.C. § 2255).

DATED this 7th day of February, 2006.

_____
David G. Campbell
United States District Judge